882

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AVERY PETTIGREW, Appellant.

Submitted April 20, 2009; decided June 11, 2009

Motion for leave to appeal granted. Motion for poor person relief granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN TRISVAN, Appellant, v HAROLD GRAHAM, Superintendent, Auburn Correctional Facility, Respondent.

Submitted May 18, 2009; decided June 11, 2009

Motion for reargument of motion for leave to appeal denied [*see* 12 NY3d 705 (2009)].

In the Matter of MARGARET M. POTTER et al., Appellants, et al., Petitioner, v TOWN BOARD OF TOWN OF AURORA et al., Respondents. (Appeal No. 1.)

In the Matter of MARGARET M. POTTER et al., Appellants, v TOWN BOARD OF TOWN OF AURORA et al., Respondents. (Appeal No. 2.)

Decided June 11, 2009

Appeals dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.